```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
    RICHARD M. PARK
 4  Assistant United States Attorney
    Acting Chief, Financial Litigation Section
 5  ROBERT I. LESTER (CBN 116429)
    Assistant United States Attorney
 6        Federal Building, Suite 7516AA
          300 North Los Angeles Street
 7        Los Angeles, CA 90012
          Telephone: (213) 894-2464
 8        Facsimile:  (213) 894-7819
          Email: robert.lester@usdoj.gov
 9
10  Attorneys for Plaintiff
    United States of America
11
```

(Attorneys for Plaintiff United States of America — see above)

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RORY CYPERS,<br><br>　　　　　　Defendant. | No. CV 21-05027-CAS<br><br>[CR 98-0088-CAS]<br><br>**ORDER GRANTING LEAVE TO UNITED STATES OF AMERICA TO FILE UNDER SEAL AN APPLICATION FOR WRIT OF CONTINUING GARNISHMENT AND RELATED PAPERS**<br><br><br>[WELLS FARGO BANK, N.A.] |

Pursuant to the United States of America's *ex parte* application for an Order granting leave to the United States to file under seal an application for writ of continuing garnishment and related papers, and for good cause shown, IT IS ORDERED that the following documents shall be filed under seal:

| | |
|---|---|
| Declaration of Robert I. Lester in support of United States of America's *ex parte* application for leave to file under seal an application for writ of continuing garnishment and related papers | |
| United States of America's application for writ of continuing garnishment | |
| Writ of continuing garnishment | |
| Clerk's 28 U.S.C. § 3202(b) notice of continuing postjudgment garnishment to debtor | |

DATED: July 12, 2021.

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE